IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BO BUCK, INC., &
KERRI LEWELLYN                                                                                     PLAINTIFFS

v.                             Case No. 1:15-cv-00052-KGB

HEARTLAND CROP
INSURANCE, INC.                                                                                       DEFENDANT

## ORDER

The Court has been informally advised by counsel for the remaining parties that this matter has been amicably settled and resolved. On August 21, 2015, the Court dismissed with prejudice plaintiff Kerri Lewellyn's claims against defendant after receiving a notice of voluntary dismissal (Dkt. No. 10). After the entry of that Order, only plaintiff Bo Buck Inc.'s claims remained. With this Order, the claims of separate plaintiff, Bo Buck, Inc., against defendant are hereby dismissed with prejudice.

So ordered this 6th day of April, 2016.

_____
Kristine G. Baker
United States District Judge